**Opinion issued March 12, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00118-CV

_____

## IN RE KIMBERLY TRAPP, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On February 3, 2026, Relator Kimberly Trapp filed a Petition for Writ of Mandamus in the 14th Court of Appeals. The 14th Court of Appeals rejected the filing and informed Relator that, because the original proceeding had been assigned to our Court, she needed to refile her Petition in this Court. On February 20, 2026, this Court again directed Relator to file a corrected petition in this Court.

To date, Relator has not filed a corrected petition or any other document in this Court. We thus dismiss this original proceeding for want of prosecution.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.